IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD J. HARRIS,<br>　　Plaintiff, | CIVIL ACTION NO. 1:15-cv-1411 |
| v. | (Kane, J)<br>(Saporito, M.J.) |
| J.A. ECKARD, SUPERINTENDENT<br>et al,<br>　　Defendants. | |

FILED
WILKES BARRE
NOV 10 2015
Per ___ mS

## ORDER

AND NOW, this 10th day of November, 2015, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 4), is DENIED WITHOUT PREJUDICE.

It is further ORDERED that the warden of SCI-Huntington shall provide plaintiff with reasonable library privileges in order to prosecute this case.

The Clerk of Court is directed to provide a copy of this Order to the Warden at SCI-Huntington.

　　　　　　　　　　　　　　　　/s/ Joseph F. Saporito Jr.
　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge