**PLAINTIFF'S**
**EXHIBIT LIST**

Case Caption: Harris v Eckard        Case No. 1:15-CV-1411

Date: September 26, 2017        Type of Proceeding: Evidentiary Hearing

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 1 | | SCI Huntingdon Inmate Handbook Supplement Issued 3/20/14 | | X | X | Arnold Harris |
| 2 | | SCI Huntingdon Inmate Handbook Supplement Issued 1/7/17 | | X | X | Arnold Harris |
| 3 | | PA DOC Inmate Handbook 2017 Edition, Section I. Inmate Grievance System (DC-ADM 804), p. 9-10 | | X | X | Arnold Harris |
| 4 | | PA DOC Inmate Handbook 2017 Edition, Issued 5/4/2017 | | X | X | Arnold Harris |

Per _____

FILED
WILKES-BARRE
SEP 26 2017

Page __1__ of __1__