FILED
WILKES BARRE
SEP 2 6 2017
Per _M_

DEFENDANTS'
LIST OF EXHIBITS

CASE CAPTION: HARRIS v. ECKARD, et al.
MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER: 15-cv-01411
JUDGE: JOSEPH F. SAPORITO, JR.

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | A | PA DOC Inmate Handbook 2013 Edition | ✓ | ✓ | adm. | Moore |
| | B | Diagnostic Classification Center Acknowledgment of Inmate Orientation (dated 11/20/2013) | ✓ | ✓ | adm. | Moore |
| | C | Receipt of Inmate Handbook (dated 11/20/2013) | ✓ | ✓ | adm. | Moore |
| | D | Inmate Handbook Policies (1.1.1 - Section 3) | ✓ | ✓ | adm. | Green |
| | E | Inmate Grievance System, DC-ADM 804 (05/01/2014) | ✓ | ✓ | adm. | Green |
| | F | DC-ADM 804 - Section 1 (12/28/2011) | ✓ | ✓ | adm. | Green |
| | G | Grievance Number 559269 (03/27/2015) | ✓ | ✓ | adm. | Green |
| | H | Motion to Dismiss (Harris v. Wenerowicz, 13-6031) | ✓ | Jud Notice | adm. | Harris (C) |
| | I | Exhibit 3 to Motion to Dismiss (Document 17-5 of Harris v. Wenerowicz, 13-6031) | ✓ | Jud Not. | adm. | Harris (C) |
| | J | Harris' Response to Motion to Dismiss (Document 26 of Harris v. Wenerowicz, 13-6031) | ✓ | Jud Not | adm. | Harris (C) |
| | K | Library Call Out & Sign In Sheets (2014 - 07/2015) | ✓ | ✓ | adm. | Beatty |