AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| ARNOLD J. HARRIS <br> *Plaintiff* <br> v. <br> J.A. ECKARD, SUPERINTENDENT, et al <br> *Defendant* | Civil Action No. 1:15-cv-1411 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in favor of Defendants, J. A. Eckard, B. Hollibaugh and W. S. Walters and against the Plaintiff, Arnold J. Harris.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: February 2, 2018

*CLERK OF COURT*

s/Rashelle Weida
*Signature of Clerk or Deputy Clerk*