## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARNOLD J. HARRIS**<br>*Plaintiff*<br><br>V.<br><br>**J.A. ECKARD, SUPERINTENDENT, et al.,**<br>*Defendant* | **FILED<br>SCRANTON**<br><br>FEB 20 2018<br><br>PER AMo<br>DEPUTY CLERK | **Civil Action No**<br><br>1:15-cv-1141<br><br>(Magistrate Judge Saporito) |

### PLAINTIFF HARRIS' MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE SAPORITO'S DECISION TO DIRECT THE CLERK OF COURT TO CLOSE MY CASE

#### MATERIAL FACTS

In the case of **Harris v. Eckard, et al.**, it was recommended that the *Clerk of Court* **adopt** the ***Report and Recommendation*** *(Doc. No. 65)* of *Magistrate Judge Saporito* and direct the *Clerk of Court* to close my case. It was also recommended that the *Clerk of Court* enter judgment in favor of the *Defendants,* and against *Plaintiff Harris.*

Just because *Plaintiff Harris* has made **one (1) small error**, by not claiming monetary damages on his initial grievance, he should not be penalized by having his case dismissed. The Court didn't even explain to *Plaintiff Harris,* if his case was dismissed, with or without prejudice, giving the Plaintiff the legal right to appeal his case, or re-file his grievance, and this time, exhaust his administrative remedies correctly by the claiming of monetary damages.

The *Plaintiff's* **Constitutional Rights** were still violated, by *Plaintiff Harris* being permanently damaged by environmental tobacco smoke, and being diagnosed with **C.O.P.D., Asthma, Hypertension and Shortness of Breath.**

*Plaintiff Harris* prays that the *Court* will **reconsider its decision to close this case,** and not penalize the *Plaintiff* for making the error of not claiming monetary damages on his initial grievance.

*Plaintiff Harris* asks this Court to relieve him of *Magistrate Judge Saporito's Report and Recommendation,* and to relieve him of *Magistrate Judge Saporito's* decision. Also, if the Court adopts the *Report and Recommendation* to close this case, is this case dismissed with prejudice, or without prejudice.

The *Plaintiff* has a legal right to appeal if applicable to do so, or refile his complaint with the Court, but needs to do so in a timely manner, and needs the decision of the Court as to how this case was dismissed, or closed, with or without prejudice.

Thank you for your time and have a bless day.

Sincerely Yours,

*aj harris*

Arnold Joseph Harris (Plaintiff)

Name Arnold J. Harris
Number LD-5834
1100 Pike Street
Huntingdon, PA 16654-1112

**INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS**



U.S. POSTAGE >> PITNEY BOWES
ZIP 16652 $ 000.47⁰
02 1W
0001395447 FEB 16 2018

U.S. District Court, Middle District of Pa.
William J. Nealon Federal Bldg. & U.S. Court
235 N. Washington Ave. P.O. Box 1148
Scranton, Pennsylvania 18501

**RECEIVED
SCRANTON
FEB 20 2018
PER _____ DEPUTY CLERK**

Inmate Mail - PA DEPT OF CORRECTIONS
attn: Clerk of Court